**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-7715

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MATHEW BYRD,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:19-cr-00080-1)

Submitted:  September 6, 2022                    Decided:  September 20, 2022

Before MOTZ, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mathew Ryan Byrd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mathew Byrd appeals the district court's order denying his third motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Byrd*, No. 3:19-cr-00080-1 (S.D.W. Va. Dec. 1, 2021). We also deny his pending motion for compassionate release, which should be directed to the sentencing court in the first instance. *See United States v. Raia*, 954 F.3d 594, 596 (3d Cir. 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*